UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR2353 W |
| Plaintiff | ) | 08MJ2003 |
| | ) | |
| vs. | ) | ORDER |
| Joaquin - Antonio | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

RAUL LUNA - GARCIA

DATED: 7/18/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
        Deputy Clerk